DOA: 8/30/2017

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Bautista-Rosales,<br>a.k.a.: Jose Luis Bautista,<br>(A087 535 330)<br>*Defendant* | )<br>)<br>) Case No. 17-356MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 24, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Bautista-Rosales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about February 2, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 31, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 24, 2017, Jose Luis Bautista-Rosales was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Bautista-Rosales was examined by ICE Officer G. Burns who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 30, 2017, Bautista-Rosales was released from the MCJ and transferred to the Phoenix ICE office for further investigation and processing. Bautista-Rosales was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Bautista-Rosales to be a citizen of Mexico and a previously deported criminal alien. Bautista-Rosales was removed from the United States to Mexico at or near Del Rio, Texas, on or about February 2,

1

2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Bautista-Rosales in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bautista-Rosales' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Luis Bautista-Rosales was convicted of Solicitation to Commit Misconduct Involving Weapons, a felony offense, on March 14, 2008, in the Superior Court of Arizona, Maricopa County. Bautista-Rosales was sentenced to sixty (60) days' imprisonment and three (3) years' probation. Bautista-Rosales' criminal history was matched to him by electronic fingerprint comparison.

5. On August 30, 2017, Jose Luis Bautista-Rosales was advised of his constitutional rights. Bautista-Rosales freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 24, 2017, Jose Luis Bautista-Rosales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about February 2, 2013, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 31st day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge